Janet K. HANSHEW, Appellant,

v.

Jeffrey W. HANSHEW, Respondent.

No. WD 74190.

Missouri Court of Appeals,
Western District.

May 22, 2012.

Lance W. LeFevre, Lee's Summit, MO, for Appellant.

Joe L. Van Ackeren, Kansas City, MO, for Respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

**Order**

PER CURIAM:

Janet Hanshew appeals the trial court's denial of maintenance, its determined child support amount, and its charging her with a greater percentage of guardian ad litem fees in her dissolution action against her

former spouse, Jeffrey Hanshew. Finding no error of law, we affirm. Rule 84.16(b).